# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LINDA RENA LAWRENCE**                                      **PLAINTIFF**

**NO. 3:19CV00065-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                       **DEFENDANT**

## ORDER

**BEFORE THE COURT** are Plaintiff's Petition for Attorney Fees [22] and the Commissioner's response [23].

For the reasons stated in Plaintiff's petition, and finding Defendant has no objection, the Court finds Plaintiff's attorney fee request is reasonable and should be awarded. Accordingly, it is, hereby, **ORDERED** that the Commissioner shall promptly pay Plaintiff $5,896.80 in attorney fees.

**IT IS FURTHER ORDERED** that Plaintiff's request for reimbursement of mileage expenses is well taken, and the Commissioner shall pay Plaintiff an additional $50.29 for reimbursement of her counsel's reasonable mileage expenses.

Finally, pursuant to *Astrue vs. Ratliff*, 130 S. Ct. 2521 (2010), the award check should be made payable to Plaintiff—for the benefit of her counsel.

SO ORDERED this 27th day of May, 2020.

/s/ Jane M. Virden
United States Magistrate Judge